**Order entered December 1, 2021**



In The
### Court of Appeals
### Fifth District of Texas at Dallas

No. 05-21-00946-CR

**KELVON EUGENE GRAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 070812**

## ORDER

Before the Court is the November 24, 2021 motion to withdraw as counsel filed by trial counsel Joey Fritts. In the motion, Mr. Fritts notes that appellate counsel has been appointed.

We **GRANT** the motion. We **DIRECT** the Clerk to remove Mr. Fritts and to list Jeromie Oney as counsel of record for appellant. All future correspondence shall go to Mr. Oney at the address on file with the Court.

On November 22, 2021, copies of appellant's timely motion for new trial and notice of appeal were filed with this Court. In light of this, the appellate record is due on February 18, 2022. TEX. R. APP. P. 35.2.

/s/    ERIN A. NOWELL
        JUSTICE